3558.sbk    amc/sar    #6207172

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELVIN MENDEZ; EBONY GRAYS; JANESSA MENDEZ, a minor, by and through her father and next best friend, MELVIN MENDEZ; JONATHAN MENDEZ, a minor, by and through his father and next best friend, MELVIN MENDEZ; JANIA MENDEZ, a minor, by and through her father and next best friend, MELVIN MENDEZ, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) No.  17 cv 3151 ) |
| v. | ) ) |
| JAM LOGISTICS, INC. and ALLEN KELLEY, | ) ) |
| Defendants. | ) |

## <u>NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT</u>

Defendants, JAM LOGISTICS, INC. and ALLEN KELLEY, by and through their attorneys, Haynes, Studnicka, Kahan & Poulakidas, LLC, pursuant to 28 U.S.C. §1332, §1441, and §1446, submit their Notice of Removal of this case from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois.  In support of this Notice of Removal, Defendants state as follows:

      1.     This case arises out of a motor vehicle accident that occurred on March 31, 2015 on I-90 southbound at or near the Adams Street Exit in Chicago, Cook County, Illinois.

      2.     In their Complaint, Plaintiffs allege they suffered permanent personal injuries. Exhibit A, Complaint.  Plaintiffs pray for an amount in excess of $50,000.  Exhibit A.

      3.     Upon information and belief, Plaintiffs' damages, including medical specials, will be in excess of $75,000.

      4.     All that is required for removal based on diversity of jurisdiction is a "reasonable probability" that more than $75,000 is in controversy.  *See Rising-Moore v. Red Roof Inns, Inc.*, 735 F.3d 813, 815 (7th Cir. 2006).

3558.sbk     amc/sar     #6207172

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

MELVIN MENDEZ; EBONY GRAYS; JANESSA        )
MENDEZ, a minor, by and through her father and    )
next best friend, MELVIN MENDEZ; JONATHAN    )
MENDEZ, a minor, by and through his father and    )
next best friend, MELVIN MENDEZ; JANIA MENDEZ,    )
a minor, by and through her father and next best friend,    )
MELVIN MENDEZ,    )
                                                           )
                    Plaintiffs,          ) No.
                                                           )
          v.                                           )
                                                           )
JAM LOGISTICS, INC. and ALLEN KELLEY,    )
                                                           )
                    Defendants.          )

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

Defendants, JAM LOGISTICS, INC. and ALLEN KELLEY, by and through their attorneys,

Haynes, Studnicka, Kahan & Poulakidas, LLC, pursuant to 28 U.S.C. §1332, §1441, and §1446,

submit their Notice of Removal of this case from the Circuit Court of Cook County, Illinois to the

United States District Court for the Northern District of Illinois.   In support of this Notice of

Removal, Defendants state as follows:

1.       This case arises out of a motor vehicle accident that occurred on March 31, 2015 on

I-90 southbound at or near the Adams Street Exit in Chicago, Cook County, Illinois.

2.       In their Complaint, Plaintiffs allege they suffered permanent personal injuries.

Exhibit A, Complaint.  Plaintiffs pray for an amount in excess of $50,000.  Exhibit A.

3.       Upon information and belief, Plaintiffs' damages, including medical specials, will be

in excess of $75,000.

4.       All that is required for removal based on diversity of jurisdiction is a "reasonable

probability" that more than $75,000 is in controversy.  *See Rising-Moore v. Red Roof Inns, Inc.*, 735

F. 3d 813, 815 (7th Cir. 2006).

5.      Here, Plaintiffs have complied with Illinois pleading requirements, which only require a plaintiff to assert that his or her damages are greater or less than a certain amount.  In this case, each Plaintiff seeks damages "in excess of $50,000" based on claims of "injuries and damages of a personal, pecuniary and permanent nature."  Exhibit A.

6.      Based on the allegations in Plaintiffs' Complaint, there is a reasonable probability that the amount in controversy in this case exceeds $75,000, exclusive of interests and costs.

7.      Upon information and belief, all Plaintiffs have been domiciled citizens of the State of Illinois at all relevant times.

8.      Defendants JAM Logistics, Inc. and Allen Kelley have been citizens and domiciled in the State of Indiana at all relevant times.  Defendant JAM Logistics, Inc. is a citizen of Indiana – the state where it is incorporated and maintains its principal place of business.

9.      For purposes of determining whether diversity of jurisdiction exists under 28 U.S.C. §1332(c)(1), at all relevant times, Plaintiffs were domiciled citizens of Illinois, and Defendants have not been domiciled citizens of Illinois.

10.     No defendant has been served as of the filing of this Notice of Removal.  Defendants became aware of this litigation through a docket search.  Both waive service pursuant to FRCP 4, effective April 17, 2017.

11.     For the foregoing reasons, this is an action where the United States District Court for the Northern District of Illinois has original jurisdiction, pursuant to 28 U.S.C. §1332, because the matter in controversy exceeds a value of $75,000, exclusive of costs and interests, and Plaintiffs and Defendants are domiciled citizens of different states.

12.     Diversity of jurisdiction exists, and this lawsuit should be removed pursuant to 28 U.S.C. §1441 and §1446.

13. This Notice of Removal is timely filed by Defendants within the timeframe allotted by this Court pursuant to 28 U.S.C. §1446(b).

14. Plaintiffs' counsel has been or will be served with this Notice of Removal in accordance with the Federal Rules of Civil Procedure.

15. As Exhibits B and C, respectively, Defendants attach Affidavits supporting their domicile in Indiana.

16. Defendants attach as Exhibit D a copy of the court file from the Circuit Court of Cook County as of April 17, 2017.

17. All Defendants join in this removal.

WHEREFORE, Defendants, JAM LOGISTICS, INC. and ALLEN KELLEY, pursuant to 28 U.S.C. §1441, remove this action from the Circuit Court of Cook County, Illinois to this Court for further proceedings.

Defendants demand trial by jury.

/s/ Shimon B. Kahan
Shimon B. Kahan  #6207172
Haynes, Studnicka, Kahan & Poulakidas, LLC
Attorney for Defendants JAM Logistics and Allen Kelley
200 West Adams Street, Suite 2175
Chicago, IL 60606
Tel: (312) 332-6644
Fax: (312) 332-6655
skahan@hskolaw.com

3