31006:JP:eq 12/7/2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MELVIN MENDEZ, EBONY GRAYS, JANESSA MENDEZ, JONATHAN MENDEZ, a minor by and through his father and next best friend, MELVIN MENDEZ, JANIA MENDEZ, a minor, by and through her father and next friend, MELVIN MENDEZ, <br><br> Plaintiff, <br><br> v. <br><br> JAM LOGISTICS, INC., and ALLEN KELLEY <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No: 17 cv 3151 <br><br> Honorable Andrea R. Wood |

## MOTION TO APPROVE TWO MINOR'S SETTLEMENTS

**Now come** the Plaintiffs, Melvin Mendez and Ebony Grays, each Individually, and Melvin Mendez, as father and next friend of his minor children, Janessa Mendez, Jonathan Mendez, Jania Mendez, by and through their attorneys, The Vrdolyak Law Group LLC., in support of this motion states as follows.

1) This case recently settled collectively for $900,000.00 of the $1,000,000.00 liability policy available to the defendants.

2) The adult Plaintiff's Ebony Grays and Melvin Mendez have an internal sharing agreement regarding how their respective shares of the settlement will be divided.

1

3) Melvin Mendez has agreed to allocate two times medical specials for the children, whose medical bills primarily consisted of one ER visit on the day of the crash. There are no permanent residuals for any of the minor children.

4) Janeessa Mendez is now *nineteen* years old and has $2,405.30 in medical specials, Jonathan Mendez is now fourteen years old has $3,376.41 in medical specials and Jania Mendez is thirteen years old has $4,139.68 in medical specials.

5) Using a factor of two, Janeesa Mendez with receive $4,810.60. Jonathan Mendez will receive 6,752.82 and Jania Mendez will receive $9,621.2. The money will be held in a trust account for them until they turn eighteen by their father, Melvin Mendez.

6) Section 25-2 of the Illinois Probate Act, 755 ILCS 5/25-2 (2005), allows for the settlement of a minor's claim without court intervention when both the amount owed to the minor and the minor's personal estate do not exceed $10,000.00.

**Wherefore,** Plaintiffs pray this Honorable Court enter an Order approving the settlements for the two minors, Jonathan Mendez and Jania Mendez, in the amounts listed above in Paragraph #5 and retain jurisdiction over this case for ninety days to resolve any liens or disputes.

          Respectfully submitted,

          S: Jon Christopher Papin
          Attorney for Plaintiff

Attorneys for the Plaintiffs
Vrdolyak Law Group LLC.
Jon C. Papin #06200779
9618 S. Commercial Avenue
Chicago, Illinois 60617
773-731-3311 ext. 208
jpapin@Vrdolyak.com