IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MELVIN MENDEZ; EBONY GRAYS; JANESSA
MENDEZ, a minor, by and through her father and next best
friend, MELVIN MENDEZ; JONATHAN MENDEZ, a
minor, by and through his father and next best friend,
MELVIN MENDEZ; JANIA MENDEZ, a minor, by and
through her father and next best friend, MELVIN MENDEZ,
                                            Plaintiffs,

v.

JAM LOGISTICS, INC. and ALLEN KELLEY,
                                            Defendants.

JAM LOGISTICS, INC. and ALLEN KELLEY,
                                            Counter-Plaintiffs.

v.

MELVIN MENDEZ,
                                            Counter-Defendant.

No. 17-cv-03151

Honorable Andrea R. Wood

## STIPULATION OF DISMISSAL

Defendants/Counter-Plaintiffs and Counter-Defendant, through their respective counsel, hereby stipulate and agree that all claims asserted in the Counterclaim between the parties shall be and are hereby dismissed, with prejudice, and with each party to pay its own costs, expenses, and attorneys' fees. Further, this stipulation of dismissal is brought pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is contingent upon this Court entering an order retaining jurisdiction over the settlement agreement.

_____
Alton C. Haynes
Shimon B. Kahan
Haynes, Studnicka, Kahan, & Poulakidas, LLC
200 W. Adams St., Ste. 2175
Chicago, IL 60606
(312) 332-6644
ahaynes@hskolaw.com
skahan@hskolaw.com
Attorneys for Defendants/Counter-Plaintiffs
Dated: April ____, 2019

_____
Michael D. Gallo
Steve Grossi
Bruce Farrel Dorn & Associates
120 N. LaSalle St., Suite 1900
Chicago, Illinois 60602
(312) 683-3000
michael.gallo.whqb@statefarm.com
steve.grossi.dvop@statefarm.com
Attorneys for Counter-Defendant
Dated: April 16, 2019