UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Melvin Mendez, et al.
                                Plaintiff,

v.                                                      Case No.: 1:17−cv−03151
                                                              Honorable Andrea R. Wood

Jam Logistics Inc, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 18, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. By stipulation of the parties, all claims asserted in the counterclaim between Defendants/Counter−Plaintiffs and Counter−Defendant are dismissed with prejudice and with each party to pay its own costs, expenses, and attorneys' fees. All claims in this matter having been resolved, the close will be closed. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.